MARIA C. RODRIGUEZ (SBN 194201)
mcrodriguez@mwe.com
MICHELLE S. STROWHIRO (SBN 271696)
mstrowhiro@mwe.com
ELVIRA R. KRAS (SBN 320390)
ekras@mwe.com
McDERMOTT WILL & EMERY LLP
2049 Century Park East
Suite 3800
Los Angeles, CA 90067-3218
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

Attorneys for Defendant
CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS

**UNITED STATES DISTRICT COURT**

**IN AND FOR EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMIE CARDENAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CELLCO PARTNERSHIP, a Delaware Corporation d/b/a Verizon Wireless; and, DOES 1 through 25, inclusive<br><br>　　　　Defendants. | CASE NO. 2:17-CV-02111-TLN-AC<br><br>Hon. Troy L. Nunley<br>Courtroom 2<br><br>**ORDER**<br><br>Complaint Filed: October 11, 2017<br><br>*[Filed Concurrently With Joint Stipulation to Extend Discovery Cut-off 45 Days]* |

**ORDER**

Having considered Defendant Cellco Partnership d/b/a Verizon Wireless's ("Verizon") and Plaintiff Jamie Cardenas's ("Plaintiff") (together the "Parties") joint stipulation for a 45-day extension of the April 25, 2019 discovery cutoff date, and good cause appearing,

**THIS COURT ORDERS AS FOLLOWS:**

The April 25, 2019 discovery cutoff date is advanced to June 10, 2019.

**IT IS SO ORDERED.**

Dated: April 17, 2019

_____
Troy L. Nunley
United States District Judge

ORDER
CASE NO. 2:17-CV-02111-TLN-AC